STEPHEN YAGMAN
723 Ocean Front Walk
Venice, California  90291-3270
Telephone: (310) 452-3200

Attorney for Plaintiff Emil Matasareanu, Los Angeles

VICTOR SHERMAN
SHERMAN & SHERMAN
2015 Main Street
Santa Monica, California  90405
Telephone: (310) 399-3259

Attorneys for Plaintiff Alexander Matasareanu

BRIAN C. LYSAGHT
FREDERICK D. FRIEDMAN
O'NEILL, LYSAGHT & SUN LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, California  90401
Telephone:  (310) 451-5700

Attorneys Specially Appearing for
Plaintiffs and Plaintiffs' Attorneys

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EMIL MATASAREANU, et al., | CASE NO. CV-97-02445-CAS (RCx) |
| Plaintiffs, | [~~PROPOSED~~] ORDER OF DISMISSAL |
| vs. | |
| DARYL GATES, et al., | |
| Defendants. | |

///

///

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

DEC 14 2000

336

WHEREAS the parties have settled this matter by executing and filing with this Court a "Mutual Release and Settlement Agreement," it is HEREBY ORDERED that the matter is hereby dismissed with prejudice.

IT IS SO ORDERED.


DATED: *December 5, 2000*                    *Christina A. Snyder*

The Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE


SUBMITTED BY:

BRIAN C. LYSAGHT
FREDERICK D. FRIEDMAN
MITCHELL A. KAMIN
O'NEILL, LYSAGHT & SUN LLP


By: _____
            Mitchell A. Kamin
Attorneys Specially Appearing for
Plaintiffs and Plaintiffs' Attorneys

-2-

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )  ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and am not a party to the within action; my business address is 100 Wilshire Boulevard, Suite 700, Santa Monica, California  90401.

On **December 4, 2000**, I served the foregoing document described as **[PROPOSED] ORDER OF DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed, in sealed envelopes, addressed as follows:

> Don W. Vincent, Esq.
> Office of the City Attorney
> 200 North Main Street, Suite 1650
> Los Angeles, California 90012
>
> Bradley Gage, Esq.
> 23002 Victory Boulevard
> Woodland Hills, California  91367
>
> Stephen Yagman, Esq.
> 723 Ocean Front Walk
> Venice, California  90291-3270
>
> Victor Sherman, Esq.
> Sherman & Sherman
> 2015 Main Street
> Santa Monica, California  90405

I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service.  On this date, I sealed the envelopes containing the above materials and placed the envelopes for collection and mailing on this date at the address above following our office's ordinary business practices.  The envelopes will be deposited with the United States Postal Service on this date, in the ordinary course of business.

I declare that I am employed by a member of the bar of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **December 4, 2000**, at Santa Monica, California.

_____
Mary Eller

G:\CLIENT\MATASARE\01\PLEADING\PROP-ORD.DIS